# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | |
| | § | 1:22-cr-00007-TFM-B |
| ALONZO ESCOBAR-VALENZUELA, | § | |
| | § | |
| DEFENDANT. | § | |
| | § | |

_____

### DEFENDANT'S POSITION STATEMENT ON SENTENCING FACTORS AND SENTENCING MEMORANDUM
_____

COMES NOW Defendant, Alonzo Escobar-Valenzuela, through the undersigned counsel of record, and files the following position statement on sentencing factors, and brief sentencing memorandum, and states as follows:

1. The Defendant does not have any objections to the Presentence Investigation Report. (Doc. 84).

2. The Defendant would highlight the following facts and considerations which he feels should have an impact on this Court's sentencing decision pursuant to 18 U.S.C. § 3553(a):

- Valenzuela is currently 48 years old. He only has a 2nd grade education, and cannot read or write in his native language.  He has been employed as a fisherman his entire life.  He and his family are very poor, and essentially live in poverty. This is what led him to accept the offer to be a participate in transporting the drugs.
- Valenzuela's foot was injured during his arrest; due to the use of leg restraints. The injury later became infected. It has been treated by the medical staff at the

- Escambia County Jail, but he has continued to have problems with the injury, even up until the present, particularly swelling.
- Valenzuela's brother was murdered in 2004-2005. He became very depressed due to the murder and even attempted suicide. He does believe that he could benefit from mental health treatment and requests access to such treatment.
- Valenzuela has a history of alcohol use and drug abuse, and is requesting access to substance abuse treatment.
- Valenzuela has no criminal history.
- Valenzuela experienced a difficult childhood. When he was still an adolescent his father left the family and kicked he, his siblings, and his mother out of the house. His basic needs we're not always met, and neither he nor his siblings went to school. Instead, the children started working at an early age in order to support the family. As a result of starting work at such an early age, he was often physically abused by his employers. It was not uncommon for his employers to beat him and to refuse to pay him his wages. There were a number of occasions that his employer would pay him with drugs, commonly in the form of a cocaine paste called "basuco."
- Valenzuela's wife is 50, and is an assistant teacher. He and his wife have two children, ages 14 and 17. He also has two children from other relationships, a 24-year-old and a 10-year-old. His 10-year-old child has had a particularly hard time dealing with his incarceration.
- The crew of the boat was aware of the presence of the firearm. But the firearm was located under a number of bales of cocaine (limiting ready access), was in deteriorated condition, and was taken at the insistence of the people who hired the crew. (Doc. 83, pg.17).
- Valenzuela was initially told he was transporting marijuana, but realized that it was cocaine. He was not told and did not know the total quantity of drugs on board the boat. (Doc. 83, pg. 18).

3. Perhaps the most commonly seen defendants in maritime drug trafficking cases are those who are recruited and often exploited to handle one of the riskiest parts of the drug enterprise, the transportation aspect. The offense level calculation in the Guidelines places overwhelming emphasis on drug quantity as an indicator of relative participation in the drug trade. This emphasis can be misplaced in certain circumstances. Maritime transportation of drugs lends itself to high quantities of drugs, but the high

quantities do not always translate into a corresponding rise in relative culpability or level of participation in the overall drug enterprise. Typically, those transporting drugs do not have an equity interest in the enterprise, and their pay is relatively minor in comparison to the value of the cargo. The crews onboard trafficking vessels are paid to perform the singular job of transporting the drugs from one point to another. These facts should be part of the overall consideration of the nature and circumstances of the offense.

4. Valenzuela argues that based on the nature and circumstances of the offense, his personal history and characteristics, and the level of punishment imposed on his co-conspirators, a sentence of 168 months would be sufficient, but not greater than necessary, to accomplish the purposes of § 3553(a)(2).

5. Valenzuela requests the Court recommend mental health and drug treatment as part of the judgment in this case.

6. Valenzuela would also request that the Court note that he has been detained and/or in custody since December 13, 2021; a total of 13 months and 5 days as of the date of sentencing.

Respectfully Submitted,

*/s/ William K. Bradford*
William K. Bradford
Attorney for Defendant
wkb@bradfordladner.com

**OF COUNSEL:**
BRADFORD LADNER, LLP.
160 St. Emanuel Street
Mobile, AL 36602
251-303-8800

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing upon the persons listed below electronically via CM/ECF or via U.S. Mail, postage prepaid and properly addressed, if so indicated, on ***January 17, 2023.***

George F. May, Esq.
Assistant United States Attorney
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602

                                      ***/s/ William K. Bradford***
                                      OF COUNSEL